In the Matter of Proving the Last Will and Testament of GEORGE L. DUVAL, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [144 Misc. 603.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE FATENSKI, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JEROME WILE and Others, Respondents, v. BURNS BROS., Appellant, Impleaded with Others. (Second Action.) — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID E. KENNEDY, INC., Respondent, v. HARRIS H. URIS and PERCY URIS, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IDA MOSKOWITZ, Respondent, v. ESTATE OF A. UNTERBERG, INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHRISTL SHELL and KATHE BUCHLER, Respondents, v. TERMINAL CAB CORPORATION and ELLA DEVILLIER, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM MAY, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANELESS CORPORATION, Respondent, v. ALBERT ERNEST WOODWARD, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Sherman, J., dissents and votes for reversal and dismissal of the complaint.

LOUIS DUYSTERS, Respondent, v. VAN DYK & LINDSAY, INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to serve an amended answer within ten days from service of order upon payment of said costs and the costs awarded to the plaintiff by the order appealed from. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALMOR, INC., Respondent, v. BROADWAY JOHN STREET CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALMOR, INC., Respondent, v. BROADWAY JOHN STREET CORPORATION, Defendant, Impleaded with ELIAS A. COHEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.